UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP K. PAULSON,<br><br>                              Plaintiff,<br><br>     v.<br><br>CITY OF SAN DIEGO, et al.,<br><br>                              Defendant. | Civil No.   89cv0820-GT(POR)<br><br>**ORDER SCHEDULING SETTLEMENT CONFERENCE** |

The Court held a settlement conference on May 4, 2007.  James McElroy appeared on behalf of Plaintiff; David Karlin appeared on behalf of Defendant.  The parties exchanged settlement offers to resolve their dispute over Plaintiff's attorney's fees.  No agreement was reached, however a settlement offer was left outstanding for further consideration.  Therefore, the Court shall hold a further settlement conference on **May 8, 2007** at **1:30 p.m.**  That conference shall be <u>telephonic</u>, with attorneys only.  Plaintiff's counsel shall initiate and coordinate the call.

        IT IS SO ORDERED.

DATED: May 4, 2007

_____
LOUISA S PORTER
United States Magistrate Judge

cc:        The Honorable Gordon Thompson, Jr.

           All parties