1
2
3
4
5
6
7
8        UNITED STATES DISTRICT COURT

9        SOUTHERN DISTRICT OF CALIFORNIA

10   PHILIP K. PAULSON,                    Civil No.    89cv0820-GT(POR)

11                          Plaintiff,     **ORDER SCHEDULING SETTLEMENT
                                           CONFERENCE**
12              v.

13   CITY OF SAN DIEGO, et al.,

14                          Defendant.

15          The Court held a telephonic settlement conference on May 8, 2007.  James McElroy

16   appeared on behalf of Plaintiff; David Karlin appeared on behalf of Defendant.  Counsel represent

17   that the standing settlement offer to resolve the parties' dispute over Plaintiff's attorney's fees

18   requires further consideration.  Therefore, the Court shall hold a further settlement conference on

19   **May 15, 2007** at **1:45 p.m.**  The conference shall be <u>telephonic</u>, with attorneys only.  Defendant's

20   counsel shall initiate and coordinate the call.

21          IT IS SO ORDERED.

22   DATED:  May 9, 2007

23
                                           _____
24                                         LOUISA S PORTER
                                           United States Magistrate Judge
25

26   cc:        The Honorable Gordon Thompson, Jr.

27              All parties

28