FILED

07 AUG -1 AM 8:26

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP K. PAULSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SAN DIEGO, et al.,<br><br>　　　　Defendant. | Case No. 89cv820GT(LSP)<br><br>**ORDER GRANTING JOINT MOTION FOR STAY OF EXECUTION OF ATTORNEYS' FEES ORDER** |

　　The parties have jointly moved for a stay of execution of this Court's Order awarding attorneys' fees and costs to the Plaintiff's attorney, James E. McElroy, pending the City of San Diego's appeal of that Order. (Doc. 447). This Court has reviewed the terms of the stipulation and ADOPTS all of the stipulated terms for a stay of execution of the fees' Order pending the City's appeal to the United States Court of Appeals for the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: August __, 2007

　　　　　　　　　　　　　　　　　　　　　Hon. Gordon Thompson Jr.
　　　　　　　　　　　　　　　　　　　　　United States District Judge

89cv820GT(LSP)