

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 31 2008

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

PHILIP K. PAULSON,

        Plaintiff - Appellee,

v.

CITY OF SAN DIEGO, aka City of San
Diego California,

        Defendant - Appellant.

No. 07-56020

D.C. No. CV-89-00820-GT
Southern District of California,
San Diego

ORDER

Pursuant to the stipulation of the parties, this appeal is voluntarily

dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and

attorneys' fees on appeal.

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

*Margaret A. Corrigan*

Margaret A. Corrigan
Circuit Mediator

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JAN 31 2008

by
Deputy Clerk

INTERNAL USE ONLY: Proceedings include all events.
07-56020 Paulson, et al v. City of San Diego

PHILIP K. PAULSON
        Plaintiff - Appellee

James McElroy
FAX 619/236-0153
619/232-6686
Suite 313
[COR LD NTC ret]
LAW OFFICES OF JAMES E. McElroy
3790 Via de la Valle
Del Mar, CA 92014


        v.

CITY OF SAN DIEGO, aka City of
San Diego California
        Defendant - Appellant

George F. Schaefer, Esq.
FAX 619/533-5856
619/533-5861
Suite 1100
[COR LD NTC dca]
CITY ATTORNEY'S OFFICE
1200 Third Ave.
San Diego, CA 92101-4100